UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD D. ENGEL, JR.,<br><br>　　　　　　Defendant. | Case No. CV-23-009-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in accordance with the order dated January 9, 2024 (Doc. 19), the above captioned matter is DISMISSED WITHOUT PREJUDICE.

　　Dated this 9th day of January, 2024.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　　　Sarah Nagy, Deputy Clerk